HONORABLE RICARDO S. MARTINEZ
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SUN HEAN LEY, <br><br> Petitioner, <br><br> v. <br><br> DOUG WADDINGTON, <br><br> Respondent. | NO. C06-0820-RSM-MAT <br><br> (PROPOSED) <br> ORDER GRANTING <br> EXTENSION OF TIME |

Respondent, having filed a Motion for Extension of Time to File Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Motion for Extension of Time to File Answer in this matter be and the same is hereby granted.

Respondent's answer to Mr. Ley's Petition for Writ of Habeas Corpus shall be due on or before September 29, 2006.

DATED this 28th day of August, 2006.

s/ Mary Alice Theiler
Magistrate Judge Mary Alice Theiler

Submitted by:
ROB MCKENNA
Attorney General

/s/Gregory J. Rosen
GREGORY J. ROSEN, WSBA #15870
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2006, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I certify that I mailed by United States Postal Service the document to the following non CM/ECF participants:

SUN HEAN LEAY, DOC #993738
STAFFORD CREEK CORRECTIONS CENTER
191 CONSTANTINE WAY
ABERDEEN  WA 98520

/s/Darlene Jacobs
DARLENE JACOBS