HONORABLE RICARDO S. MARTINEZ
MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| SUN HEAN LEY,<br><br>                Petitioner,<br><br>   v.<br><br>DOUG WADDINGTON,<br><br>               Respondent. | NO. C06-0820-RSM-MAT<br><br>ORDER GRANTING SECOND EXTENSION OF TIME<br><br>(~~PROPOSED~~) |

Respondent, having filed a Second Motion for Extension of Time to File Answer in this matter, and the Court being fully advised and having examined the records and files herein;

NOW THEREFORE, it is hereby

ORDERED that Respondent's Second Motion for Extension of Time to File Answer in this matter be and the same is hereby granted.

Respondent's answer to Mr. Ley's Petition for Writ of Habeas Corpus shall be due on or before October 30, 2006.

DATED this <u>25th</u> day of October, 2006.

          s/ Mary Alice Theiler
          United States Magistrate Judge

Submitted by:
ROB MCKENNA
Attorney General

/s/Gregory J. Rosen
GREGORY J. ROSEN, WSBA #15870
Assistant Attorney General

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 30, 2006, I caused to be electronically filed the |
| 3 | foregoing document with the Clerk of the Court using the CM/ECF system.  I certify that I |
| 4 | mailed by United States Postal Service the document to the following non CM/ECF |
| 5 | participants: |
| 6 | SUN HEAN LEAY, DOC #993738 |
|   | STAFFORD CREEK CORRECTIONS CENTER |
| 7 | 191 CONSTANTINE WAY |
|   | ABERDEEN  WA 98520 |
| 8 | |
| 9 |           /s/Kirsten Rasset          |
|   |           KIRSTEN RASSET |
| 10 | |