01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 SUN HEAN LEY,                   )     CASE NO. C06-0820RSM

                             )

09      Petitioner,           )

                             )

10      v.                      )

                             )     ORDER DISMISSING § 2254

11 DOUG WADDINGTON,          )     PETITION

                             )

12      Respondent.        )

_____ )

13

14         The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

15 motion to dismiss the petition, the Report and Recommendation of the Honorable Mary Alice

16 Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and

17 Order:

18         (1)      The Court adopts the Report and Recommendation;

19         (2)      Respondent's motion to dismiss petitioner's federal habeas petition (Dkt. #15) is

20                 GRANTED and the petition (Dkt. #4) is DISMISSED under 28 U.S.C. § 2244(d);

21         (3)      Petitioner's request to stay these proceedings (Dkt. #17) is DENIED; and

22         (4)      The Clerk is directed to send copies of this Order to petitioner, to counsel for

01          respondent, and to Judge Theiler.

02      DATED this 28th day of February, 2007.

03

04

05                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 2254 PETITION
PAGE -2